THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Wade and Gertrude Thompson,       
Appellant,
 
 
 

v.

 
 
 
Van Waters and Rogers, Inc.,       
Respondent.
 
 
 

Appeal From Spartanburg County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-240
Submitted January 29, 2004  Filed April 
 13, 2004

AFFIRMED

 
 
 
William Ashley Jordan, of Greenville, for Appellants.
Samuel W. Outten, John P. Riordan, Lane W. Davis, of Greenville, 
 for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to South 
 Carolina Rules of Appellate Practice, Rule 220, and the following authorities:  
 Shealy v. Aiken County, 341 S.C. 448, 460, 535 S.E.2d 438, 444 (2000) 
 (holding an issue that had been raised to but not ruled upon by the trial court 
 was not preserved for review, where the appellant failed to make a Rule 59(e) 
 motion to alter or amend the judgment); see Grant v. South Carolina 
 Coastal Council, 319 S.C. 348, 356, 461 S.E.2d 388, 392 (1995) (holding 
 an inaccuracy in the trial courts order must be raised to the trial court by 
 way of a Rule 59(e) motion to alter or amend a judgment before the inaccuracy 
 may be challenged on appeal); see also Noisette v. Ismail, 304 
 S.C. 56, 58, 403 S.E.2d 122, 124 (1991) (holding an issue was not preserved 
 for appellate review because the trial court did not explicitly rule on it at 
 trial and the appellant made no Rule 59(e) motion to alter or amend the judgment).
AFFIRMED. [1] 
GOOLSBY, HUFF, and HOWARD, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215, SCACR.